# EXHIBIT 13

## Warranty Deed



| WARRANTY DEED | STATE OF TENNESSEE<br>COUNTY OF SUMNER |
|---|---|
| | THE ACTUAL CONSIDERATION OR VALUE, WHICHEVER IS GREATER, FOR THIS TRANSFER IS $227,500.00. |
| Cindy L Briley, Register<br>Sumner County Tennessee<br>Rec #: 1042097  Instrument #: 1365061<br>Rec'd: 15.00  Recorded<br>State: 841.75  5/18/2021 at 11:55 AM<br>Clerk: 1.00  in Record Book<br>Other: 2.00  **5598**<br>Total: 859.75  **Pages 818-820**<br>FORWARDED TO SUMNER COUNTY ASSESSOR<br>OF PROPERTY ON DATE OF RECORDING | Affiant<br>SUBSCRIBED AND SWORN TO BEFORE ME, THIS THE 6TH DAY OF MAY, 2021.<br><br>Notary Public<br>MY COMMISSION EXPIRES: 11-12-21<br>(AFFIX SEAL) |

**THIS INSTRUMENT WAS PREPARED BY**
Foundation Title & Escrow Mt. Juliet, 545 N. Mt. Juliet Rd, Ste 1102, Mt. Juliet, TN 37122

| ADDRESS NEW OWNER(S) AS FOLLOWS: | SEND TAX BILLS TO: | MAP-PARCEL NO.(S) |
|---|---|---|
| Cesario Villasana Reyes | New Owners | Parcel ID: 128D A 003.00 |
| (NAME) | (NAME) | |
| 302 Harsh Lane | | |
| (ADDRESS) | (ADDRESS) | |
| Castalian Springs, TN 37031 | | |
| (CITY)  (STATE)  (ZIP) | (CITY)  (STATE)  (ZIP) | |

For and in consideration of the sum of Ten and No/100 Dollars ($10.00), cash in hand paid by the hereinafter named Grantees, and other good and valuable considerations, the receipt of which is hereby acknowledged, I/WE, **Charlotte S. Boze, an unmarried woman,** hereinafter called the Grantor, has bargained and sold, and by these presents does transfer and convey unto **Cesario Villasana Reyes and Isabel C. Martinez Martinez, husband and wife,** hereinafter called the Grantees, their heirs and assigns, a certain tract or parcel of land in Sumner County, State of Tennessee, described as follows, to-wit:

Land in Sumner County, Tennessee, being Lot No. 2 on the plan of Elmgrove, as shown by plat of record in Plat Book 9, Page 89, in the Register's Office for Sumner County, Tennessee, to which plat reference is hereby made for a more complete description.

Being the same property conveyed to Charlotte S. Boze, an unmarried woman, by Warranty Deed from Ronald C. Hall, Trustee of the Irrevocable Trust Agreement of Lat Salmons dated May 9, 2008, of record in Record Book 3403, Page 123, in the Register's Office of Sumner County, Tennessee, dated March 11, 2011 and recorded on March 15, 2011.

This conveyance is subject to (a) all restrictions of record; (b) all easements of record; (c) all visible easements; (d) all matters appearing on the plan(s) of record; and (e) all matters referenced in the master deed and by-laws; and (f) all applicable government and zoning regulations.

Warranty Deed                                                                                          MTJ-2104873SSO

STATE OF TENNESSEE
SUMNER COUNTY
I, Holly A. Hemmrich, Register of Deeds in and for said State and County do hereby certify that this is a true and correct copy of a Warranty Deed
Which appears of record in Book 5598 Page 818
Register's Office, Sumner County, TN
Given under my hand and official seal at office in Gallatin, TN.
This the 12th day of October 2023

Holly A. Hemmrich, Register of Deeds

**Record Book 5598 Page 818**

| | | |
|---|---|---|
|unimproved | ☐ | |
|This is improved | ☒ | property, known as <u>302 Harsh Lane, Castalian Springs, TN 37031</u> |



To have and to hold the said tract or parcel of land, with the appurtenances, estate, title and interest thereto belonging to the said Grantees, their heirs and assigns forever; and we do covenant with the said Grantees that we are lawfully seized and possessed of said land in fee simple, have a good right to convey it and the same is unencumbered, unless otherwise herein set out; and we do further covenant and bind ourselves, our heirs and representatives, to warrant and forever defend the title to the said land to the said Grantees, their heirs and assigns, against the lawful claims of all persons whomsoever. Wherever used, the singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

Witness our hands this 6th day of May, 2021

*Charlotte S. Boze, by Deborah Teeples as Attorney-in-Fact*
Charlotte S. Boze, by Deborah Teeples as Attorney-in-Fact

STATE OF TENNESSEE

COUNTY OF SUMNER

Personally appeared before me, the undersigned authority, a Notary Public in and for said County and State Charlotte S. Boze, an unmarried woman, by Deborah Teeples as Attorney-in-Fact, the within named bargainor, with whom I am personally acquainted (or proved to me on the basis of satisfactory evidence), and who acknowledged that such person executed the within instrument for the purposes therein contained.

Witness my hand and official seal, this the 6th day of May, 2021.

*[signature]*
Notary Public

My Commission Expires: 3/2/2025

(SEAL)

*[Notary Seal: DANA MICHELLE WARSOP, STATE OF TENNESSEE NOTARY PUBLIC, WILSON COUNTY]*

Warranty Deed                           MTJ-2104873SSO

**Record Book 5598 Page 819**

Case 3:20-cv-00941    Document 83-4    Filed 10/20/23    Page 3 of 4 PageID #: 2269



## Certificate of Authenticity

I, Jill NEEly do hereby make oath that I am a license attorney and/or custodian of the electronic version of the attached document tendered for registration herewith and that this is a true and correct copy of the original document executed and authenticated according to law.

_____
Jill M Neely
Signature

State of Tennessee

County of Davidson

Personally appeared before me Cortney Jacks a notary public for this county and state, Jill Neely who acknowledges that this certification of an electronic document is true and correct and whose signature I have witnessed.

_____
Notary's Signature

My Commission Expires: 5/7/2024

Notary's Seal (If on paper)

[Seal: CORTNEY JACKS, STATE OF TENNESSEE NOTARY PUBLIC, DAVIDSON COUNTY, MY COMMISSION EXPIRES 5-7-2024]

Record Book 5598 Page 820